IN THE UNITED STATES DISTRICT COURT FOR THE
                      WESTERN DISTRICT OF MISSOURI
                           WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               ) Criminal Action No.
     v.                        ) 11-00302-03-CR-W-DW
                               )
LORRIE R. DOLAN,               )
                               )
          Defendant.           )

## REPORT AND RECOMMENDATION

On September 4, 2012, defendant moved for a judicial determination of mental competency. Defendant was examined at the Medical Center for Federal Prisoners in Ft. Worth, Texas, by Christine Anthony, Psy.D., a forensic psychologist. Dr. Anthony found defendant not competent at the present time, but found that there is a substantial probability that she could attain competency in the foreseeable future if she is committed for treatment.

I held a competency hearing on November 30, 2012 (the transcript has been filed as document number 145). Defendant was present, represented Kenton Hall. The government was represented by Assistant United States Attorney Jalilah Otto. The parties stipulated to the report of Dr. Anthony.

Based on the evidence before me, I find that the defendant is not competent proceed and assist in her defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant incompetent to be sentenced and to assist in her defense. It is

further

     RECOMMENDED that the court commit defendant to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d).

                                                        /s/ Robert E. Larsen
                                            ROBERT E. LARSEN
                                            United States Magistrate Judge

Kansas City, Missouri
December 6, 2012