IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 11-00302-03-CR-W-DW |
| LORRIE R. DOLAN, | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 337). After an independent review of the record, it is hereby ORDERED that:

(1) the Court ADOPTS the Magistrate's Report and Recommendation and the Magistrate's Report and Recommendation (Doc. 337) shall be attached to and made a part of this Order; and

(2) the Defendant Lorrie R. Dolan is competent to proceed to sentencing.

IT IS SO ORDERED.

Date: August 27, 2013                                 /s/ Dean Whipple
                                                              Dean Whipple
                                                   United States District Judge